**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-1507**

—————————

JAMES J. LEWIS,

Plaintiff - Appellant,

versus

THEODIS BECK, in his capacity as Secretary of
the Department of Corrections; NORTH CAROLINA
DEPARTMENT OF CORRECTION,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. N. Carlton Tilley, Jr.,
Chief District Judge. (CA-01-1131-1)

—————————

Submitted: October 7, 2004      Decided: October 13, 2004

—————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

James J. Lewis, Appellant Pro Se. Thomas Henry Moore, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James J. Lewis appeals the district court's order denying his motion to set aside his prior settlement agreement in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court on the record at the March 19, 2004, hearing on the matter. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>